# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANTHONY FARINO,

    *Plaintiff*

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    *Defendant*

Civil Action No. 1:15-CV-03146-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment is GRANTED.
Plaintiff's Motion for Summary Judgment,is DENIED.
Judgment shall be entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  John T. Rodgers  on a motion for

Date:  August 31, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
    *(By) Deputy Clerk*
Pam Howard